# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHAD ALLEN,
                Appellant,

vs.

NEUROMONITORING ASSOCIATES,
INC.,
                Respondent.

No. 77364

**FILED**

JAN 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Ronald J. Israel, District Judge
       Chad Allen
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Eighth District Court Clerk